IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-23458 JAD |
| Royal Flush, Inc., | ) |
| **Debtor,** | ) **Chapter** 11 |
| Royal Flush, Inc., | ) |
| **Movant,** | ) **Hearing Date:** 05/15/18 @ 11:00 a.m. |
| vs. | ) **Response Due:** 05/07/18 No Respondent |
| NO RESPONDENT. | ) **Document No.** 403 |

### ORDER OF COURT

**AND NOW,** to-wit, this  9th  day of  May , 2018, on Motion of the Debtor and finding that the provisions of 11 U.S.C. §1101(2) have been met, a Final Decree is hereby entered in the above-captioned case in accordance with Bankruptcy Rule 3022.

**IT IS FURTHER ORDERED**, that this Court reserves jurisdiction over the Attorney for the Debtor's Final Application for Compensation filed on April 19, 2018, at Document No. 399, and the following objections to claims:

   a.  Omnibus Objection to Claim of Erie Indemnity Co.; Franklin Twp. Sewer Authority; Highmark Blue Shield; and MedExpress (Scheduled as Disputed) filed April 12, 2018, at Document No. 392;

   b.  Omnibus Objection to Claim of Apex Energy Services; Appalachian Water Services; Burns Drilling & Excavating; DDTA Services Inc.; E&R Energy Services; Good Tire Svc.; IPFS Corp.; J&J Chemical; MAG Trucking; Ohio Valley Hospital; Robinson Vacuum Tanks; SafetyKleen; Straight N Clear; Tri-County Joint Municipal Authority; UPMC Health Network; Verizon Wireless; and Windstream filed April 12, 2018, at Document No. 394;

   c.  Objection to Claim of PA Department of Revenue filed April 19, 2018, at Document No. 401;

    d.    Objection to Claim of Tri-County Joint Municipal Authority filed April 18, 2018, at Document No. 396.

**By the Court,**

_____ jsf

May 9, 2018

**Jeffery A. Deller, Chief Judge**
**United States Bankruptcy Judge**

FILED
5/9/18 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA